IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON THOMAS MERCELEANY**  **PLAINTIFF**
**MAXWELL/G-DOFFEE**
**ADC #108778**

V.  NO. 4:22-cv-00482-JM-ERE

**ALICIA SIMMONS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. G-Doffee's[1] timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff's motion for preliminary injunctive relief (*Doc. 3*) is DENIED.

Dated this 21st day of July, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff lists his name in his complaint as reflected in the caption above, Don Thomas Merceleany Maxwell/G-Doffee. In his objections to the Recommendation, he objected to being called "Mr. Maxwell" and asked that he be referred to as Thomas/G-Doffee" or Don Merceleany G-Doffee or Don G-Doffee. The order for name change out of the Lincoln County Circuit Court (Doc. 39-0 at 5) legally changes his name from Robert Thomas Maxwell to Don Merceleany M. "G" Doffee.