# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DON THOMAS MERCELEANY**                                        **PLAINTIFF**
**MAXWELL/G-DOFFEE**
**ADC #108778**

**V.**                  **NO. 4:22-cv-00482-JM-ERE**

**ALICIA SIMMONS,** *et al.*                                     **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Don Thomas Merceleany Maxwell/G-Doffee's motion to compel the Court to order the ADC Defendants to provide him additional discovery responses and specific evidence. *Doc. 75*. Defendants have responded to Mr. G-Doffee's motion explaining that they will: (1) arrange for Mr. G-Doffee to review the video footage of the incident in question; and (2) provide Mr. G-Doffee photographs containing larger images of the injuries that he sustained during the underlying incident. *Doc. 77*. Defendants explain that the other disputed discovery requests are either irrelevant to Mr. G-Doffee's pending claims or pose security risks. The Court finds that Defendants' responses to Mr. G-Doffee's discovery requests are appropriate and that Mr. G-Doffee is not entitled any discovery-related relief.

Generally, when the Court issues its Initial Scheduling Order, it stays merits

related discovery until any exhaustion issues are resolved.[1] The Court has not yet entered its Initial Scheduling Order in this case but anticipates doing so soon.[2] However, it appears the parties have elected to engage in written discovery related to the merits. This is fine with the Court if both parties agree to do so.

Mr. G-Doffee is again reminded that he should *not* file routine discovery requests or responses with the Court but should send them directly to defense counsel. See Initial Order, *Doc. 5*.

IT IS THEREFORE ORDERED THAT Mr. G-Doffee's motion to compel (*Doc. 75*) is DENIED.

Dated this 7th day of November, 2022.

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Proceeding in this fashion allows the Court to resolve any exhaustion-related disputes over what claims are properly before the Court before the parties engage in merits discovery.

[2] At this time, Mr. G-Doffee has until November 18, 2022, to provide a valid service address for Defendant Jones. *Doc. 71*. After Defendant Jones has either responded to Mr. G-Doffee's complaint, or the Court dismisses Defendant Jones from this lawsuit, the Court will issue an Initial Scheduling Order.