# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DON THOMAS MERCELEANY**  **PLAINTIFF**
**MAXWELL/G-DOFFEE**
**ADC #108778**

V.  NO. 4:22-cv-00482-JM-ERE

**ALICIA SIMMONS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. G-Doffee's objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. G-Doffee's claims against Jessica Jones and the Doe Defendants are DISMISSED, without prejudice, based on his failure to identify or to provide a service address for these Defendants. The Clerk is instructed to terminate Jessica Jones and the Doe Defendants as party Defendants.

IT IS SO ORDERED this 24th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE