IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON THOMAS MERCELEANY                                                                    PLAINTIFF
MAXWELL/G-DOFFEE
ADC #108778

V.                                       NO. 4:22-cv-00482-JM-ERE

ALICIA SIMMONS, *et al.*                                                              DEFENDANTS

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the parties' timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects save one. In his objections, Defendant challenges the finding that he has not asserted a claim arising from Defendant Steverson's use of a chemical agent against him. The Court finds that this objection has merit. Plaintiff raised the issue in his complaint and included it in Grievance CU-21-01159, which was recognized by the ADC.  See Doc. 89-1, ¶ 31. Therefore, in addition to the claims against the ADC  Defendants listed on page 7 of the Recommendation,[1] Plaintiff is also allowed to proceed on his claim that Defendant Steverson used a chemical agent on him in violation of his rights under the Eighth and Fourteenth Amendments.

ADC Defendants' motion for summary judgment (*Doc. 89*) is DENIED. Medical Defendants' motion for partial summary judgment (*Doc. 93*) is  GRANTED, in part, and DENIED, in part. Mr. G-Doffee's claims against the Medical Defendants in this lawsuit must

---

[1] A failure to protect claim against Defendants Simmons, Price, Hill, Steverson, and Musselwhite and a retaliation against Defendant Simmons

arise from: (1) his clinical encounter with Defendant Newby on August 11, 2021; (2) his clinical encounter with Defendant Nunag on September 20, 2021; and (3) Defendant Nunag's failure to renew his Nortriptylene and Naproxen prescriptions after July 23, 2021. Mr. G-Doffee's remaining claims against the remaining Medical Defendants are DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies. The Clerk is instructed to terminate Jessica Kemper, Carol Chisom, Angela Mosby, and Charlotte Gardner as party Defendants.

    IT IS SO ORDERED this 1st day of June, 2023

                                              UNITED STATES DISTRICT JUDGE