IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON THOMAS MERCELEANY**     **PLAINTIFF**
**MAXWELL/G-DOFFEE**
**ADC #108778**

V.     NO. 4:22-cv-00482-JM

**ALICIA SIMMONS,** *et al*.     **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Medical Defendants' motion for summary judgment (*Doc. 152*) is GRANTED. ADC Defendants' motions for summary judgment (*Docs. 157, 186*) are GRANTED. Mr. G-Doffee's motion for order (*Doc. 166*) is DENIED. Mr. G-Doffee's remaining claims against all remaining Defendants are DISMISSED, with prejudice.

The Clerk is instructed to close this case.

IT IS SO ORDERED this 20th day of June, 2024.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE